JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| AIMEE N. MCKEEVER, an individual, and DEMOND L. MCKEEVER, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-01927-MWF (ASx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>State Ct. Complaint Filed: August 14, 2023<br><br>District Judge: Michael W. Fitzgerald<br><br>Magistrate Judge: Alka Sagar<br><br>Trial Date: Not set |

　　The Court hereby grants Plaintiffs Aimee N. McKeever and Demond L. McKeever and Defendant Ford Motor Company's Joint Motion for Dismissal of All Claims With Prejudice.

　　GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiffs' Complaint shall be dismissed with prejudice.

　　**IT IS SO ORDERED**.

Dated: February 22, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge